### Commonwealth ex rel. Jackson, Appellant, *v.* Myers.

Submitted December 13, 1965. *Willie Jackson,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.;* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

### Commonwealth ex rel. Johnson, Appellant, *v.* Maroney.

Submitted December 13, 1965. *Lee Glenn Johnson,* appellant, in propria persona; *Jay L. Benedict,* District Attorney, for appellee.

Order affirmed.